UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| MARK BOMBARD | \* |
| | \* |
| v. | \* **05 - 11389 REK** |
| | \* |
| SHUSTER CORPORATION AND | \* |
| RDA CONSTRUCTION CO., INC. | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SEAMAN'S AFFIDAVIT

I, Joseph G. Abromovitz, Attorney for the Plaintiff, Mark Bombard, in the above captioned matter, do on oath depose and say as follows:

The plaintiff's decedent in the above captioned action is a seaman and claims the benefits of the United States Code Annotated, Title 28, §1916, which provides that:

> "In all courts of the United States seamen may institute and prosecute suits and appeals in their own names and for their own benefit for wages or salvage or the enforcement of laws enacted without prepaying fees or costs or furnishing security therefor."

Dated: June 28, 2005

The Plaintiff, Mark Bombard,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

_____
Joseph G. Abromovitz
BBO# 011420
858 Washington Street, Third Floor
Dedham, MA 02026
Phone: (781) 329-1080