# UNITED STATES DISTRICT COURT

District of _____

Mark Bimbard

V.

Shuster Corporation
and RDA Construction
Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11389 REK

TO: (Name and address of Defendant)

RDA Construction Co., Inc.
109-111 Sumner Street
East Boston, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington St., 3rd Fl.
Dedham, MA 02026

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

JUN 30 2005

DATE

## RETURN OF SERVICE

**Norfolk County Sheriff's Department** P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787
Norfolk, ss.

NAME

Ch

July 29, 2005

I hereby certify and return that on 7/27/2005 at 11:24AM I served a true and attested copy of the summons, complaint and civil action cover sheet, seaman's affidavit in this action in the following manner: To wit, by delivering in hand to Paul Mahoney, controler, , person in charge at the time of service for RDA Construction Company, at 216 Ricciuti Drive, Quincy, MA 02169. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($1.50), Postage and Handling ($1.00), Travel ($5.76) Total Charges $43.26

*Deputy Sheriff*

Deputy Sheriff Ronald Goguen

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                        Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.