# UNITED STATES DISTRICT COURT

_____ District of _____

Mark Bombard

v.

Shuster Corporation
and RDA Construction
Co., Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 - 11389 REK**

TO: (Name and address of Defendant)

Shuster Corporation
c/o Steven Shuster
4 Wright Street
New Bedford, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph G. Abromovitz, Esq.
Law Office of Joseph G. Abromovitz, PC
858 Washington Street, 3rd Fl.
Dedham, MA 02026

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN 30 2005

CLERK

(By) DEPUTY CLERK

◆AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

**Bristol, ss.**                                                                                      July 21, 2005

I hereby certify and return that on 7/20/2005 at 11:43 am I served a true and attested copy of the Summons and Complaint, CA Cover Sheet, Affid in this action in the following manner: To wit, by delivering in hand to Steven Shuster, agent, person in charge at the time of service for Shuster Corporation, 4 Wright Street, New Bedford, MA. Copies ($2.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($30.00), Postage and Handling ($2.75), Attest Fee ($5.00) Total Charges $63.20

Deputy Sheriff Michael P. Young                                                  _____
                                                                                                      Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.