UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *
                              *
MARK BOMBARD,                 *
    Plaintiff,                *
                              *
vs.                           *     CIVIL ACTION
                              *     No. 05-11389REK
SHUSTER CORPORATION and       *
RDA CONSTRUCTION CO., INC.,   *
    Defendants.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

## **DEFENDANT, SHUSTER CORPORATION'S, CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel for the defendant, Shuster Corporation, hereby certifies that Shuster Corporation has no parent corporations and that there are no publicly held corporations that own more than ten percent of said defendant's stock.

Respectfully submitted,
Shuster Corp.,
By its counsel,


/s/ Richard J. Shea
_____
Richard J. Shea BBO #456310
Megan E. Kures BBO #652485
MELICK, PORTER & SHEA, LLP
28 State Street - 22nd floor
Boston, MA 02109
(617) 523-6200

Date: