```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                     DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * * * * * *
                              *
MARK BOMBARD,                 *
    Plaintiff,                *
                              *
vs.                           *    CIVIL ACTION
                              *    No. 05-11389REK
SHUSTER CORPORATION and       *
RDA CONSTRUCTION CO., INC.,   *
    Defendants.               *
                              *
                              *
* * * * * * * * * * * * * * *
```

## **DEFENDANT, SHUSTER CORPORATION'S,**
## **LOCAL RULE 16.1(d)(3) CERTIFICATION**

The defendant, Shuster Corporation, and its counsel, hereby certify that, pursuant to Local Rule 16.1 (D)(3), they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| Shuster Corporation,<br>By its authorized representative, | By its counsel, |
| /s/ Steven Shuster<br>_____<br>Steven Shuster, President<br>Shuster Corporation<br>Four Wright Street<br>New Bedford, MA 02740<br>(508)999-3261 | /s/ Megan E. Kures<br>_____<br>Richard J. Shea, BBO #456310<br>Megan E. Kures, BBO #652485<br>Melick, Porter & Shea, LLP<br>28 State Street<br>Boston, MA 02109<br>(617)523-6200 |
| Dated: | Dated: |