UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11389 REK

```
**********************************************
MARK BOMBARD                                  *
                                              *
v.                                            *
                                              *
SHUSTER CORPORATION AND                       *
RDA CONSTRUCTION CO., INC.                    *
**********************************************
```

**MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT, RDA CONSTRUCTION, INC.**

Now comes the plaintiff in the above referenced matter and pursuant to Fed. R. Civ. P. 55(a) respectfully moves this Honorable Court to enter a default against the defendant for failing to file an answer to plaintiff's complaint.

As grounds therefore plaintiff states that RDA Construction Co., Inc., was served on July 27, 2005 and its answer was due on August 16, 2005.  As of this date neither an answer nor other responsive pleadings has been submitted on behalf of the defendant.

Dated:  October 26, 2005

The Plaintiff, MARK BOMBARD,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz
BBO No. 011420
858 Washington Street, 3rd Floor
Dedham, MA 02026
Phone:  (781) 329-1080

**CERTIFICATE OF SERVICE**

     I, Joseph G. Abromovitz, hereby certify that on the 26th day of October, 2005, I served a copy of this document by first class mail, postage prepaid to the following counsel of record:

Richard J. Shea  
Melick, Porter & Shea, LLP  
28 State Street  
Boston, MA 02108-1775

                                                 s/Joseph G. Abromovitz  
                                                 _____  
                                                 Joseph G. Abromovitz