UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
MARK BOMBARD,                  *
    Plaintiff,                 *
                               *
vs.                            *   CIVIL ACTION
                               *   No. 05-11389REK
SHUSTER CORPORATION and        *
RDA CONSTRUCTION CO., INC.,    *
    Defendants.                *
                               *
                               *
* * * * * * * * * * * * * * * *
```

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT**
**SHUSTER CORPORATION**

To:  Civil Clerk's Office
     United States District Court
     Moakley U.S. Courthouse
     1 Courthouse Way
     Boston, MA 02210

Please enter the appearance of Richard J. Shea and Megan E. Kures as counsel for the defendant, Shuster Corporation.

Respectfully submitted,

/s/ Megan E. Kures
Richard J. Shea (BBO #456310)
Megan E. Kures (BBO #652485)
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02109-1775
(617) 523-6200

Dated: 10/27/05

CERTIFICATE OF SERVICE: I hereby certify that the foregoing was served on all counsel of record, on this date: 10/27/05

CERTIFICATE OF SERVICE

    I, Megan E. Kures, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

        Joseph G. Abromovitz
        JOSEPH G. ABROMOVITZ, P.C.
        858 Washington Street, 3rd Floor
        Dedham, MA 02026

_____
Megan E. Kures

Date: 10/27/05