UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK BOMBARD )<br>    Plaintiff )<br>v. )<br> )<br>SHUSTER CORPORATION AND )<br>RDA CONSTRUCTION CO., INC. )<br>    Defendants )<br> ) | C.A. NO. 05-11389-REK |

## ASSENTED TO MOTION TO REMOVE DEFAULT AGAINST DEFENDANT, RDA CONSTRUCTION CO., INC. AND TO ALLOW IT TO FILE ITS ATTACHED ANSWER LATE

Now comes Defendant RDA Construction Co., Inc. with the assent of the Plaintiff Mark Bombard and moves the Court to remove the default against it and to docket its answer attached hereto.

| MARK BOMBARD | RDA CONSTRUCTION CO., INC. |
|---|---|
| By his attorney, | By its attorneys, |
| /s/ Joseph G. Abromovitz | /s/ Bertram E. Snyder |
| Joseph G. Abromovitz (BBO#011420) | Bertram E. Snyder (BBO #471320) |
| 858 Washington Street | Patrick O. McAleer (BBO #642627) |
| 3rd Floor | LOONEY & GROSSMAN, LLP |
| Dedham, Massachusetts 02026 | 101 Arch Street |
| (781) 329-1080 | Boston, Massachusetts 02110 |
|  | (617) 951-2800 |

CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of November 2005, I served the foregoing Motion to Remove Default and Answer by mailing copies thereof, postage prepaid, to Joseph G. Abromovitz, 858 Washington Street, 3rd Floor, Dedham, Massachusetts and Richard J. Shea, MELNICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts.

                                                         /s/ Bertram E. Snyder
                                                    Bertram E. Snyder