UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK BOMBARD                             )
     Plaintiff                           )
v.                                       )
                        )    C.A. NO. 05-11389-REK
SHUSTER CORPORATION AND                  )
RDA CONSTRUCTION CO., INC.               )
     Defendants                          )

### ASSENTED TO MOTION TO REMOVE DEFAULT AGAINST DEFENDANT, RDA CONSTRUCTION CO., INC. AND TO ALLOW IT TO FILE ITS ATTACHED ANSWER LATE

Now comes Defendant RDA Construction Co., Inc. with the assent of the Plaintiff Mark

Bombard and moves the Court to remove the default against it and to docket its answer attached

hereto.

MARK BOMBARD                             RDA CONSTRUCTION CO., INC.

By his attorney,                         By its attorneys,

/s/ Joseph G. Abromovitz                 /s/ Bertram E. Snyder
Joseph G. Abromovitz (BBO#011420)        Bertram E. Snyder (BBO #471320)
858 Washington Street                    Patrick O. McAleer (BBO #642627)
3rd Floor                                LOONEY & GROSSMAN, LLP
Dedham, Massachusetts 02026              101 Arch Street
(781) 329-1080                           Boston, Massachusetts 02110
                                         (617) 951-2800