UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
MARK BOMBARD,                  *
   Plaintiff,                  *
                               *
vs.                            *      CIVIL ACTION
                               *      No. 05-11389REK
SHUSTER CORPORATION            *
and  RDA CONSTRUCTION          *
CO., INC.,                     *
   Defendants.                 *
                               *
                               *
* * * * * * * * * * * * * * * *
```

## DEFENDANT, SHUSTER CORPORATION'S, AUTOMATIC DISCOVERY DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 26.2 (A), the defendant, Shuster Corporation ("Shuster"), hereby makes this its automatic disclosure. This disclosure is based upon information that is now available to Shuster and its counsel. Shuster reserves the right to supplement its disclosure when and if necessary.

I.   **Individuals Likely to Have Discoverable Information**

a.   Steven Shuster
     Shuster Corporation
     4 Wright Street
     New Bedford, MA 02740

   Mr. Shuster is the president of Shuster Corporation and he is familiar with the plaintiff's allegations. He also has knowledge relevant to the issues surrounding ownership and control of the site where the plaintiff alleges that he was injured.

b.   Richard Shuster
     Southeast Development Co., LLP
     P.O. Box 3086
     New Bedford, MA 02741

   Mr. Richard Shuster owns the premises located at 4 Wright Street, New Bedford, MA and upon information and belief he has knowledge of the lease terms between RDA Construction and Southeast Development Co., LLP.

c.  The City of New Beford
    21 South Sixth Street
    New Bedford, MA 02740

Upon information and belief, the City of New Bedford has knowledge of the ownership of the bulkhead area where the plaintiff alleges he was injured.

Shuster reserves it right to supplement this section.

## II.  Documents Which May Support Shuster's Defenses

a.  Rental invoices between RDA and Southeast Development Corporation.

b.  Deed from New Bedford Redevelopment Authority to the City of New Bedford recorded December 18, 1970, book 1611, page 754 relative to the South Terminal Bulkhead.

c.  Letter from New Bedford Legal Department to "Tom" concerning ownership and control of bulkhead dated 3/30/00.

## III.  Computation of Damages

Shuster has no such damages.

## IV.  Insurance Agreements

Shuster is insured pursuant to a General Liability policy issued by Pacific Indemnity Group. The policy number is 35779630/02. Upon request, Shuster, through counsel will make a copy of said policy available for inspection and copying.

> Respectfully submitted,
> Shuster Corporation,
> By its counsel,
>
> /s/ Megan E. Kures
> Richard J. Shea BBO #456310
> Megan E. Kures BBO #652485
> MELICK, PORTER & SHEA, LLP
> 28 State Street - 22nd floor
> Boston, MA 02109
> (617) 523-6200

Dated: 12/9/05

CERTIFICATE OF SERVICE

I, Megan E. Kures, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

> Joseph G. Abromovitz
> JOSEPH G. ABROMOVITZ, P.C.
> 858 Washington Street, 3rd Floor
> Dedham, MA 02026
>
> Bertram E. Snyder
> Patrick O. McAleer
> LOONEY & GROSSMAN, LLP
> 101 Arch Street
> Boston, MA 02110

Megan E. Kures

Date: 12/9/05