UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK BOMBARD<br>　　　Plaintiff<br>v.<br><br>SHUSTER CORPORATION AND<br>RDA CONSTRUCTION CO., INC.<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-11389-REK |

## NOTICE OF APPEARANCE

To the Clerk:

     Kindly enter my appearance as counsel for the defendant, RDA Construction, in this civil action.

       /s/ Patrick O. McAleer
      Patrick O. McAleer (BBO #642627)
      LOONEY & GROSSMAN, LLP
      101 Arch Street
      Boston, Massachusetts 02110
      (617) 951-2800

CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of January, 2006 I served the foregoing pleading by mailing copies thereof, postage prepaid, to Joseph G. Abromovitz, 858 Washington Street, 3rd Floor, Dedham, Massachusetts and Richard J. Shea, MELNICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts.

    /s/ Patrick O. McAleer
    Patrick O. McAleer