UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK BOMBARD )<br>       Plaintiff )<br>v. )<br>)<br>SHUSTER CORPORATION AND )<br>RDA CONSTRUCTION CO., INC. )<br>       Defendants )<br>) | C.A. NO. 05-11389-REK |

**DEFENDANT RDA CONSTRUCTION CO., INC.'S**
**CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.3)**

Defendant RDA Construction Co., Inc. states that it is a privately held company, has no parent corporation, and that no publicly held company owns 10% or more of its stock.

                          RDA CONSTRUCTION CO., INC.

                          By its attorneys,

                          /s/ Patrick O. McAleer
                          Bertram E. Snyder (BBO #471320)
                          Patrick O. McAleer (BBO #642627)
                          LOONEY & GROSSMAN, LLP
                          101 Arch Street
                          Boston, Massachusetts 02110
                          (617) 951-2800

CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of January, 2006 I served the foregoing pleading by mailing copies thereof, postage prepaid, to Joseph G. Abromovitz, 858 Washington Street, 3rd Floor, Dedham, Massachusetts and Richard J. Shea, MELNICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts.

                                                      /s/ Patrick O. McAleer
                                                   Patrick O. McAleer