UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK BOMBARD | ) | |
| Plaintiff | ) | |
| v. | ) | |
|  | ) | C.A. NO. 05-11389-REK |
| SHUSTER CORPORATION AND | ) | |
| RDA CONSTRUCTION CO., INC. | ) | |
| Defendants | ) | |

## LOCAL RULE 16.1 COST/ALTERNATIVE DISPUTE RESOLUTION CERTIFICATE

Now comes the defendants RDA Construction Co., Inc. and certifies that its counsel has discussed the costs of conducting the full course and various alternative courses of the litigation, and that said discussions have also included the use of Alternative Dispute Resolution programs.

RDA CONSTRUCTION CO., INC.

By its attorneys,

 /s/ Patrick O. McAleer
Bertram E. Snyder (BBO #471320)
Patrick O. McAleer (BBO #642627)
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800


 /s/ Ed Anderson
Mr. Ed Anderson
Fireman's Fund McGee Marine Underwriters
75 Wall Street
New York, NY 10005

L:\13381\001 Bombard\Pld\003.doc

CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of January, 2006 I served the foregoing pleading by mailing copies thereof, postage prepaid, to Joseph G. Abromovitz, 858 Washington Street, 3rd Floor, Dedham, Massachusetts and Richard J. Shea, MELNICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts.

                                                  /s/ Patrick O. McAleer
                                                  Patrick O. McAleer