UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK BOMBARD<br>   Plaintiff<br>v.<br><br>SHUSTER CORPORATION AND<br>RDA CONSTRUCTION CO., INC.<br>   Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-11389-REK |

### ANSWER OF RDA CONSTRUCTION CO., INC. TO THE CROSS-CLAIM OF SHUSTER CORPORATION

### COUNT I

1. Defendant and defendant in cross-claim RDA Construction Co., Inc. ("RDA") is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 and therefore denies same.

2. RDA admits the allegations contained within paragraph 2.

3. RDA states that the plaintiff's complaint speaks for itself and that no further response to paragraph 3 is required.

4. RDA admits only that on occasion it has employed the plaintiff; RDA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 4 and therefore denies same.

5. RDA denies the allegations contained in paragraph 5.

6. Paragraph 6 states conclusions of law which require no answer. To the extent any answer is required, RDA denies the same.

7. Paragraph 7 states conclusions of law which require no answer. To the extent any answer is required, RDA denies the same.

2

## COUNT II

8.   RDA repeats and realleges its answers to paragraphs 1 – 7 as if fully set out herein.

9.   Paragraph 9 states conclusions of law which require no answer.  To the extent any answer is required, RDA denies the same.

10.  Paragraph 10 states conclusions of law which require no answer.  To the extent any answer is required, RDA denies the same.

### FIRST AFFIRMATIVE DEFENSE

And answering further and as a first separate and affirmative defense, RDA incorporates by reference all defenses raised in its answer to the plaintiffs' complaint.

**DEFENDANT AND CROSS-CLAIM DEFENDENT RDA DEMANDS TRIAL BY JURY AS TO PLAINTIFF'S COMPLAINT AND SHUSTER CORPORATION'S CROSS-CLAIM.**

RDA CONSTRUCTION CO., INC.

By its attorneys,

_/s/ Patrick O. McAleer
Bertram E. Snyder (BBO #471320)
Patrick O. McAleer (BBO #642627)
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 9th day of January, 2006 I served the foregoing pleading by mailing copies thereof, postage prepaid, to Joseph G. Abromovitz, 858 Washington Street, 3rd Floor, Dedham, Massachusetts and Richard J. Shea, MELNICK, PORTER & SHEA, LLP, 28 State Street, Boston, Massachusetts.

                _/s/ Patrick O. McAleer_
                Patrick O. McAleer