UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11389 REK

*******************************************************
| |
|---|
| MARK BOMBARD |
| |
| v. |
| |
| SHUSTER CORPORATION, |
| RDA CONSTRUCTION CO., INC., and |
| SOUTHEAST DEVELOPMENT CO., LLC |
*******************************************************

**PLAINTIFF'S ASSENTED TO MOTION TO AMEND COMPLAINT TO ADD PARTY DEFENDANT**

Now comes the plaintiff, by his attorney, who pursuant to Fed. R. Civ. P. 15(a) respectfully moves this Honorable Court to amend his complaint by adding hereto as a party defendant Southeast Development Co., LLC. As grounds therefore plaintiff states that discovery to date has disclosed that Southeast Development Co., LLC, is potentially a joint tortfeasor along with the remaining defendants whose alleged tortious conduct substantially contributed to the injuries sustained by the plaintiff on or about August 2, 2002.

Dated: January 27, 2005

The Plaintiff, Mark Bombard,
By his attorney,
JOSEPH G. ABROMOVITZ, P.C.

s/Joseph G. Abromovitz
_____
Joseph G. Abromovitz
BBO NO. 011420
858 Washington Street, 3rd Floor
Dedham, MA 02026
Phone: (781) 329-1080

Assented to:

s/Megan E. Kures
_____

Megan E. Kures, Esquire
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02108-1775

s/Patrick O. McAleer
_____

Patrick O. McAleer, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110-1112

## CERTIFICATE OF SERVICE

I, Joseph G. Abromovitz, hereby certify that on the 19th day of January, 2006, I served a copy of this document by first class mail, postage prepaid to the following counsel of record:

Megan E. Kures
Melick, Porter & Shea, LLP
28 State Street
Boston, MA 02108-1775

Patrick O. McAleer, Esquire
Looney & Grossman, LLP
101 Arch Street
Boston, MA 02110-1112

s/Joseph G. Abromovitz
_____

Joseph G. Abromovitz