UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MARK BOMBARD,<br>  Plaintiff, | |
| vs. | CIVIL ACTION<br>No. 05-11389REK |
| SHUSTER CORPORATION,<br>RDA CONSTRUCTION CO., INC.,<br>and SOUTHEAST DEVELOPMENT<br>CO, LLC<br>  Defendants. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT, SOUTHEAST DEVELOPMENT CO., LLC'S , AUTOMATIC DISCOVERY DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26(a) and Local Rule 26.2 (A), the defendant, Southeast Development Co., LLC (whose true corporate name is Southeast Development Co., LLP) ("Southeast"), hereby makes this its automatic disclosure. This disclosure is based upon information that is now available to Southeast and its counsel. Southeast reserves the right to supplement its disclosure when and if necessary.

**I.     Individuals Likely to Have Discoverable Information**

a.    Steven Shuster
      Shuster Corporation
      4 Wright Street
      New Bedford, MA 02740

Mr. Shuster is the president of Shuster Corporation and he is familiar with the plaintiff's allegations. He also has knowledge relevant to the issues surrounding ownership and control of the site where the plaintiff alleges that he was injured.

b.    Richard Shuster
      Southeast Development Co., LLP
      P.O. Box 3086

New Bedford, MA 02741

Mr. Richard Shuster owns the premises located at 4 Wright Street, New Bedford, MA and he has knowledge of the lease terms between RDA Construction and Southeast Development Co., LLP.

c.  The City of New Beford
    21 South Sixth Street
    New Bedford, MA 02740

Upon information and belief, the City of New Bedford has knowledge of the ownership of the bulkhead area where the plaintiff alleges he was injured.

Shuster reserves it right to supplement this section.

## II. Documents Which May Support Southeast's Defenses

a.  Rental invoices between RDA and Southeast.

b.  Deed from New Bedford Redevelopment Authority to the City of New Bedford recorded December 18, 1970, book 1611, page 754 relative to the South Terminal Bulkhead.

c.  Letter from New Bedford Legal Department to "Tom" concerning ownership and control of bulkhead dated 3/30/00.

## III. Computation of Damages

Shuster has no such damages.

## IV. Insurance Agreements

Southeast is insured pursuant to a General Liability policy issued by Pacific Indemnity Group. The policy number is 35779630/02. Upon request, Southeast, through counsel will make a copy of said policy available for inspection and copying.

Respectfully submitted,
Southeast Development Co.,
By its counsel,

/s/ Megan E. Kures
Richard J. Shea BBO #456310
Megan E. Kures BBO #652485
MELICK, PORTER & SHEA, LLP
28 State Street - 22nd floor
Boston, MA 02109
(617) 523-6200

Dated: 4/4/06