UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
MARK BOMBARD,                  *
    Plaintiff,                 *
                               *
vs.                            *    CIVIL ACTION
                               *    No. 05-11389REK
SHUSTER CORPORATION,           *
RDA CONSTRUCTION CO., INC.,    *
and SOUTHEAST DEVELOPMENT      *
CO, LLC                        *
    Defendants.                *
                               *
                               *
* * * * * * * * * * * * * * * *
```

## DEFENDANT, SOUTHEAST DEVELOPMENT CO., LLC'S, CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A) of the United States District Court for the District of Massachusetts, the undersigned counsel for the defendant, Southeast Development Co., LLC (whose true corporate name is Southeast Development Co., LLP), hereby certifies that Southeast Development Co., LLC has no parent corporations and that there are no publicly held corporations that own more than ten percent of said defendant's stock.

```
                              Respectfully submitted,
                              Southeast Development Co., LLC,
                              By its counsel,



                              /s/ Megan E. Kures
                              _____
                              Richard J. Shea BBO #456310
                              Megan E. Kures BBO #652485
                              MELICK, PORTER & SHEA, LLP
                              28 State Street - 22nd floor
                              Boston, MA 02109
                              (617) 523-6200
Date:
```