```
                UNITED STATES DISTRICT COURT
                           FOR THE
                   DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * * * * * * *
                               *
MARK BOMBARD,                  *
    Plaintiff,                 *
                               *
vs.                            *   CIVIL ACTION
                               *   No. 05-11389REK
SHUSTER CORPORATION,           *
RDA CONSTRUCTION CO., INC.,    *
and SOUTHEAST DEVELOPMENT      *
CO, LLC                        *
    Defendants.                *
                               *
                               *
* * * * * * * * * * * * * * * *
```

## DEFENDANT, SOUTHEAST DEVELOPMENT CO., LLC'S, LOCAL RULE 16.1(d)(3) CERTIFICATION

The defendant, Southeast Development Co., LLC (whose true corporate name is Southeast Development Co., LLP), and its counsel, hereby certify that, pursuant to Local Rule 16.1 (D)(3), they have conferred:

(a) with a view to establishing a budget for the cost of conducting the full course, and various alternative courses, of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Southeast Development                By Counsel,
Co., LLP,
By its authorized
representative,


/s/ Richard Shuster                  /s/ Megan E. Kures
_____              _____
Richard Shuster                      Richard J. Shea, BBO #456310
Southeast Development Co., LLP       Megan E. Kures, BBO #652485
Four Wright Street                   Melick, Porter & Shea, LLP
New Bedford, MA 02740                28 State Street
                                     Boston, MA 02109
                                     (617)523-6200


Dated: 4/6/06                        Dated: 4/3/06