UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MARK BOMBARD<br>  Plaintiff<br>v.<br><br>SHUSTER CORPORATION<br>RDA CONSTRUCTION CO., INC.<br>AND SOUTHEAST DEVELOPMENT<br>CO., LLP<br>  Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. NO. 05-11389-WGY |

## ANSWER OF RDA CONSTRUCTION CO., INC. TO THE
## CROSS-CLAIM OF SOUTHEAST DEVELOPMENT CO., LLP

### COUNT I

1. Defendant and defendant in cross-claim RDA Construction Co., Inc. ("RDA") is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 1 and therefore denies same.

2. RDA admits the allegations contained within paragraph 2.

3. RDA states that the plaintiff's complaint speaks for itself and that no further response to paragraph 3 is required.

4. RDA admits only that on occasion it has employed the plaintiff; RDA is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 4 and therefore denies same.

5. RDA denies the allegations contained in paragraph 5.

6. Paragraph 6 states conclusions of law which require no answer. To the extent any answer is required, RDA denies the same.

L:\13381\001 Bombard\Pld\005

7. Paragraph 7 states conclusions of law which require no answer. To the extent any answer is required, RDA denies the same.

## COUNT II

8. RDA repeats and realleges its answers to paragraphs 1 – 7 as if fully set out herein.

9. Paragraph 9 states conclusions of law which require no answer. To the extent any answer is required, RDA denies the same.

10. Paragraph 10 states conclusions of law which require no answer. To the extent any answer is required, RDA denies the same.

## FIRST AFFIRMATIVE DEFENSE

And answering further and as a first separate and affirmative defense, RDA incorporates by reference all defenses raised in its answer to the plaintiffs' amended complaint.

**DEFENDANT AND CROSS-CLAIM DEFENDENT RDA DEMANDS TRIAL BY JURY AS TO PLAINTIFF'S COMPLAINT AND SOUTHEAST DEVELOPMENT CO., LLP'S CROSS-CLAIM.**

RDA CONSTRUCTION CO., INC.

By its attorneys,

 /s/ Patrick O. McAleer
Bertram E. Snyder (BBO #471320)
Patrick O. McAleer (BBO #642627)
LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non registered participants.

      /s/ Patrick O. McAleer
      Patrick O. McAleer