UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11389 REK

```
*********************************************
MARK BOMBARD                         *
                                     *
v.                                   *
                                     *
SHUSTER CORPORATION AND              *
RDA CONSTRUCTION CO., INC.           *
*********************************************
```

## JOINT STATEMENT

## PROPOSED DISCOVERY PLAN

1. All interrogatories and requests for production of documents shall be served on or before July 30, 2006.

2. All depositions (except *de bene esse* and expert depositions) shall be concluded on or before December 15, 2006; expert depositions are to be concluded on or before March 31, 2007.

3. Plaintiff's expert disclosure shall be made before January 15, 2007.

4. Defendants' expert disclosures shall be made on or before February 15, 2007.

5. Joinder of additional parties shall be sought on or before January 31, 2007.

6. Any motion pursuant to Fed. R. Civ. P. 56 shall be brought on or before April 15, 2007.

7. All oppositions to dispositive motions shall be filed by May 15, 2007.

Counsel hereby certify that they have conferred with the parties relative to the use of alternative dispute resolution and the parties are amenable to said resolution.

Dated: July 5, 2006

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| Mark Bombard | RDA Construction Co., Inc. |
| By his attorney, | By their attorney, |
| Joseph G. Abromovitz, P.C. | Looney & Grossman, LLP |
| | |
| s/Joseph G. Abromovitz | s/Patrick O. McAleer |
| _____ | _____ |
| Joseph G. Abromovitz | Patrick O. McAleer |
| 858 Washington Street, 3rd Floor | 101 Arch Street |
| Dedham, MA 02026 | Boston, MA 02110 |
| Phone: (781) 329-1080 | Phone: (617) 235-200 |

The Defendant,
Shuster Corporation,
By their attorney,
Melick, Porter & Shea, LLP

s/Richard Shea

_____

Richard Shea
28 State Street
Boston, MA 02108-1775
Phone: (617) 523-6200