UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * *
                               *
MARK BOMBARD,                  *
    Plaintiff,                 *
                               *
vs.                            *   CIVIL ACTION
                               *   No. 05-11389REK
SHUSTER CORPORATION and        *
RDA CONSTRUCTION CO., INC.     *
and SOUTHEAST DEVELOPMENT      *
CO., LLP,                      *
    Defendants.                *
                               *
                               *
* * * * * * * * * * * * * * * *
```

### ANSWER, CROSSCLAIM AND JURY CLAIM OF SOUTHEAST DEVELOPMENT CO., LLP, TO THE CROSSCLAIM OF RDA CONSTRUCTION CO., INC.

The defendant-in-crossclaim, Southeast Development Co., LLP, in the above-captioned matter, hereby makes this its answer and crossclaim to the crossclaim of RDA Construction Co., Inc.

### FIRST DEFENSE

1. The defendant-in-crossclaim is presently without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and calls upon the plaintiff-in-crossclaim to prove the same.

2. The defendant-in-crossclaim admits the allegations contained in paragraph 2.

3. The defendant-in-crossclaim states that the plaintiff's complaint speaks for itself and that no further response is required.

4. The defendant-in-crossclaim denies the allegations contained in paragraph 4.

5. The defendant-in-crossclaim denies the allegations contained in paragraph 5.

6. The defendant-in-crossclaim denies the allegations

contained in paragraph 6.

WHEREFORE, the defendant-in-crossclaim demands that the crossclaim against it be dismissed and that judgment enter for the defendant-in-crossclaim, together with its costs.

### SECOND DEFENSE

And further answering, the defendant-in-crossclaim says that the acts complained of were not committed by a person and/or entity for whose conduct the defendant-in-crossclaim was legally responsible.

### THIRD DEFENSE

And further answering, the defendant-in-crossclaim says that the plaintiff-in-crossclaim was actually negligent, and therefore is barred from recovering against the defendant-in-crossclaim.

### FOURTH DEFENSE

And further answering, the defendant-in-crossclaim says that if the plaintiff-in-crossclaim proves that the defendant-in-crossclaim was negligent as alleged, the plaintiff and/or plaintiff-in-crossclaim were negligent to a greater degree than the defendant-in-crossclaim and are barred from recovery under the theory of Comparative Negligence.

### FIFTH DEFENSE

And further answering, the defendant-in-crossclaim says that the cause of action is barred by reason of the Statute of Limitations.

### SIXTH DEFENSE

And further answering, the defendant-in-crossclaim says that the crossclaim should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted.

### SEVENTH DEFENSE

And further answering, the defendant-in-crossclaim says that the property where the plaintiff was injured was not in the control of the defendant-in-crossclaim at the time of the accident.

### EIGHTH DEFENSE

And further answering, the defendant-in-crossclaim states that it had no duty to the plaintiff and/or plaintiff-in-crossclaim, wherefore the plaintiff-in-crossclaim is barred from recovery.

### NINTH DEFENSE

And further answering, the defendant-in-crossclaim says that to the extent that it had any obligations to the plaintiff and/or plaintiff-in-crossclaim, such obligations have been fully, completely and properly performed in every respect.

### TENTH DEFENSE

And further answering, the defendant-in-crossclaim says that the plaintiff-in-crossclaim is barred from any recovery because defendant-in-crossclaim did not have actual knowledge of any alleged defect and/or dangerous condition.

### JURY CLAIM

SOUTHEAST DEVELOPMENT CO., LLP HEREBY MAKES CLAIM FOR A TRIAL BY JURY.

By its attorneys,

/s/Megan E. Kures
Richard J. Shea
BBO #456310
Megan E. Kures
BBO #652485
MELICK, PORTER & SHEA, LLP
28 State Street
Boston, MA 02109-1775
617-523-6200

CERTIFICATE OF SERVICE

    I, Megan E. Kures, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

>Joseph G. Abromovitz
>JOSEPH G. ABROMOVITZ, P.C.
>858 Washington Street, 3rd Floor
>Dedham, MA 02026
>
>Bertram E. Snyder
>Patrick O. McAleer
>LOONEY & GROSSMAN, LLP
>101 Arch Street
>Boston, MA 02110

>/s/ Megan E. Kures
>Megan E. Kure