UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: NO. 05-11389RBC

MARK BOMBARD,

    PLAINTIFF,

VS.

SHUSTER CORPORATION, SOUTHEAST DEVELOPMENT, CO. AND RDA CONSTRUCTION CO., INC.,

    DEFENDANTS.

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT SHUSTER CORPORATION AND SOUTHEAST DEVELOPMENT COMPANY

To:  Civil Clerk's Office
United States District Court
Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Please enter the appearance of Jennifer B. Hardy, Esq. as counsel for the defendant, Shuster Corporation and Southeast Development, Company.

                                Defendant,
                                Southeast Development, Co., LLC
                                By its attorneys,

                                */s/ Jennifer B. Hardy*
                                Richard J. Shea, BBO #456310
                                Jennifer B. Hardy, BBO #634494
                                Melick, Porter & Shea, LLP
                                28 State Street, 22nd Floor
                                Boston, Massachusetts 02109
                                Telephone: (617) 523-6200
                                Facsimile: (617) 523-8130

Dated: 2/22/07

## CERTIFICATE OF SERVICE

I, Jennifer B. Hardy, hereby certify that on this day, I forwarded notice of the foregoing document(s) by mailing a copy thereof, postage prepaid to the following:

>Joseph G. Abromovitz
>JOSEPH G. ABROMOVITZ, P.C.
>858 Washington Street, 3rd Floor
>Dedham, MA 02026
>
>Patrick O. McAleer
>LOONEY & GROSSMAN, LLP
>101 Arch Street
>Boston, MA 02110

_____
Jennifer B. Hardy, Esq.

Date: 2/22/07