UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: NO. 05-11389RBC

|  |  |
|---|---|
| MARK BOMBARD, | ) |
| PLAINTIFF, | ) |
| VS. | ) |
| SHUSTER CORPORATION, SOUTHEAST DEVELOPMENT, CO. AND RDA CONSTRUCTION CO., INC., | ) |
| DEFENDANTS. | ) |

## DEFENDANTS, SOUTHEAST DEVELOPMENT, CO. AND SHUSTER CORPORATION, STATUS REPORT

Pursuant to the Court's order of March 12, 2007, the Defendants, Southeast Development, Co. and Shuster Corporation, hereby state that they intend to file a Motion for Summary Judgment. The parties have agreed to the following filing and briefing schedule: Defendants' motion to be filed on or before April 16, 2007, Plaintiff's opposition to be filed on or before May 16, 2007, and Defendants' reply memorandum (if any) to be filed on or before May 21, 2007.

Defendant,
Southeast Development, Co., LLC and
Shuster Corporation,
By its attorneys,

/s/ Jennifer B. Hardy, Esq.
Richard J. Shea, BBO #456310
Jennifer B. Hardy, BBO #634494
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, Massachusetts 02109
Telephone: (617) 523-6200
Facsimile: (617) 523-8130

Dated: 3/29/07