UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: NO. 05-11389RBC

MARK BOMBARD,

    PLAINTIFF,

VS.

SHUSTER CORPORATION, SOUTHEAST
DEVELOPMENT, CO. AND
RDA CONSTRUCTION CO., INC.,

    DEFENDANTS.

**ASSENTED TO MOTION OF DEFENDANTS, SHUSTER CORPORATION AND SOUTHEAST DEVELOPMENT, CO.'S, TO EXTEND THE DEADLINE TO FILE REPLY MEMORANDA**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants, Shuster Corporation ("Shuster") and Southeast Development Co., ("Southeast") respectfully requests that this honorable Court enter an order enlarging the time for Shuster and Southeast to file a reply brief by two (2) days, up to and including May 24, 2007. Pursuant to the Order of this Court dated April 2, 2007, attached hereto as "Exhibit A", defendants Shuster and Southeast's reply brief was due by the close of business on May 21, 2007. Shuster and Southeast require additional time to address the issues raised in plaintiff's and defendant RDA Construction Co, Inc.'s opposition to defendants' motion. Plaintiff, Mark Bombard and defendant, RDA Construction, have assented to this motion.

WHEREFORE, Shuster and Southeast respectfully requests that this court allow its Motion to enlarge the period of time in which Southeast and Shuster may file a Reply Memoranda up to and including May 24, 2007.

| | |
|---|---|
| Respectfully submitted,<br>Defendants,<br>Southeast Development, Co., LLC<br>Shuster Corporation<br>By their attorneys, | Assented to:<br>Plaintiff,<br>By his attorney, |
| /s/ Jennifer B. Hardy<br>Richard J. Shea, BBO #456310<br>Andre Sansoucy, BBO # 441410<br>Jennifer B. Hardy, BBO #634494<br>Melick, Porter & Shea, LLP<br>28 State Street, 22nd Floor<br>Boston, Massachusetts 02109 | /s/ Joseph Abromovitz<br>Joseph G. Abromovitz, BBO #011420<br>Law Offices of Joseph Abromovitz<br>858 Washington Street<br>Dedham, MA 02026 |

Assented to:
Defendant,
RDA Construction,
By their Attorney,

/s/Patrick O. McAleer
Patrick O. McAleer, BBO #642627
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Dated: 5/21/07

# EXHIBIT A

# United States District Court
# District of Massachusetts

MARK BOMBARD,
    Plaintiff,

V.                            CIVIL ACTION NO. 2005-11389-RBC

SHUSTER CORPORATION,
SOUTHEAST DEVELOPMENT CO.,
RDA CONSTRUCTION CO.,
    Defendants.

## SCHEDULING ORDER RE: SUMMARY JUDGMENT MOTIONS - RULE 16(b), FED. R. CIV. P.

COLLINGS, U.S.M.J.

The Court enters the within Scheduling Order Re: Summary Judgment Motions pursuant to Rule 16(b), Fed. R. Civ. P.:

The defendants are granted leave to file and serve motions for summary judgment *on or before the close of business on Monday, April 16, 2007.* The motions shall be accompanied by memoranda in support together with any materials in support provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P. The plaintiff is granted leave to file oppositions to the

motions for summary judgment *on or before the close of business on Wednesday, May 16, 2007.* The oppositions shall be accompanied by memoranda in opposition together with any materials in opposition provided the materials comply with the requirements of Rule 56(e), F.R. Civ. P. No memorandum in support or in opposition a motion for summary judgment shall exceed twenty (20) pages in length. *See* Local Rule 7.1(a)(4).

Any memorandum in support of a motion for summary judgment shall point out the undisputed facts upon which the motion is based with specific reference to affidavits, depositions, or other documentation. Any memorandum in opposition to a motion for summary judgment shall contain a listing of material facts asserted to be in dispute similarly referenced. *See* Local Rule 56.1. Any requests for hearing on the motion shall be made in accordance with Local Rule 7.1(c).

The defendants are granted leave to file reply memoranda (not to exceed seven pages each) *on or before the close of business on Monday, May 21, 2007.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

April 2, 2007.

2