UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK BOMBARD )<br>　　　　Plaintiff )<br>v. )<br>　　　　　　　　　　　　　　　　 )<br>SHUSTER CORPORATION, )<br>SOUTHEAST DEVELOPMENT CO. )<br>AND RDA CONSTRUCTION CO., INC., )<br>　　　　Defendants ) | C.A. NO. 05-11389-RBC |

**MOTION OF DEFENDANT RDA CONSTRUCTION CO., INC. TO ENLARGE TIME TO SUBMIT LIABILITY EXPERT REPORT**

The defendant, RDA Construction Co., Inc. ("RDA") hereby respectfully moves for an extension of time of thirty (30) days from the Court's decision on the pending motions for Summary Judgment of defendants Shuster Corporation ("Shuster") and Southeast Development Co. ("Southeast"), in which to serve its liability expert witness report.

As grounds for this motion, RDA state the following:

1. All factual discovery has been completed in this action;

2. On April 16, 2007 defendants Shuster Corporation and Southeast Development Co. filed motions for summary judgment;

3. On May 16, 2007 defendant RDA Construction Co., Inc. and plaintiff Mark Bombard filed their oppositions to said motions for summary judgment;

4. On May 21, 2007 defendants Shuster Corporation and Southeast Development Co. moved the Court for an extension of time to file response/reply memoranda to said oppositions;

5. On May 21, 2007 the Court allowed Shuster Corporation and Southeast Development Co.'s motion to extend to time to respond/reply to May 24, 2007;

6. On May 24, 2007 defendants Shuster Corporation and Southeast Development Co. filed their response memoranda to the summary judgment oppositions of defendant RDA Construction Co., Inc. and the plaintiff Mark Bombard;

7. The outcome of the pending motions for summary judgment will possibly affect the analysis of RDA's liability expert; and,

8. Thirty (30) days from the Court's decision on the motions for summary judgment of the defendants Shuster Corporation and Southeast Development Co. would allow RDA's liability expert sufficient time to effectively and efficiently complete the expert report.

## Certification Under Local Rule 7.1(A)(2)

The undersigned counsel for RDA certifies that he has conferred with codefendants' counsel, Jennifer B. Hardy, Esq., and that co-defendants Shuster and Southeast do not oppose this motion. Further, the undersigned counsel for RDA represent that this motion has been assented to by the plaintiff through his counsel, Joseph G. Abromovitz.

WHEREFORE, defendant RDA Construction Co., Inc. prays that the Court grant this motion and enlarge the time in which the defendant RDA must submit its expert witness report thirty (30) days from the Court's decision on the pending motions for summary judgment of defendants Shuster Corporation and Southeast Development Co.

                                    Respectfully submitted,

                                    RDA CONSTRUCTION CO., INC.
                                    By its attorneys,

                                    /s/ Patrick O. McAleer
                                    Bertram E. Snyder, BBO #471320
                                    Patrick O. McAleer, BBO #642627
                                    LOONEY & GROSSMAN, LLP
                                    101 Arch Street
                                    Boston, Massachusetts 02110
                                    (617) 951-2800

Assented to by:

    The Plaintiff, Mark Bombard,
    By his attorney,

    /s/ Joseph G. Abromovitz
    Joseph G. Abromovitz, BBO #011420
    JOSEPH G. ABROMOVITZ, P.C.
    858 Washington Street, 3rd Floor
    Dedham, Massachusetts 02026
    (781) 329-1080

## CERTIFICATE OF SERVICE

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non registered participants.

                                      /s/ Patrick O. McAleer
                                      Patrick O. McAleer