UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK BOMBARD <br>     Plaintiff <br> v. <br><br> SHUSTER CORPORATION, <br> SOUTHEAST DEVELOPMENT CO. <br> AND RDA CONSTRUCTION CO., INC., <br>     Defendants | C.A. NO. 05-11389-RBC |

**ASSENTED TO MOTION OF DEFENDANTS SHUSTER CORPORATION, SOUTHEAST DEVELOPMENT CO. TO CONTINUE SUMMARY JUDGMENT HEARING**

The defendants, Shuster Corporation and Southeast Development Co., hereby respectfully move to continue the hearing on its Motion Summary Judgment currently scheduled for September 5, 2007, to provide the parties the opportunity to mediate this matter.

As grounds for this motion, the Defendants state the following:

1. All factual discovery has been completed in this action;

2. On April 2, 2007, the Court referred this matter for Alternative Dispute Resolution and that any such mediation be scheduled between September 4 and September 21, 2007.

3. On April 16, 2007 defendants Shuster Corporation and Southeast Development Co. filed motions for summary judgment;

4. On May 16, 2007 defendant RDA Construction Co., Inc. and plaintiff Mark Bombard filed their oppositions to said motions for summary judgment;

5. On May 21, 2007 defendants Shuster Corporation and Southeast Development Co. moved the Court for an extension of time to file response/reply memoranda to said oppositions;

6. On May 21, 2007 the Court allowed defendants Shuster Corporation and Southeast Development Co.'s motion to extend to time to respond/reply to May 24, 2007;

7. On May 24, 2007 defendants Shuster Corporation and Southeast Development Co. filed their response memoranda to the summary judgment oppositions of defendant RDA Construction Co., Inc. and the plaintiff Mark Bombard;

8. On August 23, 2007, the Court scheduled a hearing on Shuster Corporation and Southeast Development Co.'s motion for Summary Judgment for September 5, 2007.

9. After receiving notice of the hearing date, counsel began discussing the possibility of mediating this matter.

10. Continuing the hearing will allow the parties to schedule a mediation in an attempt to resolve this matter.

11. Counsel for all parties have discussed and are attempting to confirm a mediation date in the next several weeks in accordance with the Court's deadline of September 21, 2007.

12. In the event that the parties are unable to resolve this matter by way of mediation, Defendants respectfully request that the hearing be rescheduled for some time after October 8th.

Defendants represent that this motion has been assented to by all parties and that no party would be prejudiced thereby.

> Respectfully submitted;
>
> Defendants,
> Southeast Development, Co., LLC
> Shuster Corporation
> By their attorneys,
>
> /s/ Jennifer B. Hardy
> Richard J. Shea, BBO #456310
> Jennifer B. Hardy, BBO 11634494
> Melick, Porter & Shea, LLP
> 28 State Street, 22nd Floor
> Boston, Massachusetts 02109
> (617) 523-6200

Assented to by:

The Plaintiff, Mark Bombard,
By his attorney,

/s/Joseph G. Abromovitz
Joseph G. Abromovitz
BBO NO. 011420
JOSEPH G. ABROMOVITZ, P.C.
858 Washington Street, 3rd Floor
Dedham, Massachusetts 02026
 (781) 329-1080

RDA CONSTRUCTION CO., INC.
By its attorneys,

/s/ Bertram E. Snyder
Bertram E. Snyder (BBO #471320)
Patrick O. McAleer (BBO #642627)

LOONEY & GROSSMAN, LLP
101 Arch Street
Boston, Massachusetts 02110
(617) 951-2800

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Jennifer B. Hardy<br>Jennifer B. Hardy