**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

MARK BOMBARD,

      Plaintiff,                              CIVIL ACTION
v.                                               NO.  05-11389-RBC

SHUSTER CORPORATION, et. al,

      Defendants,

REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE COLLINGS

HILLMAN, M.J.

This case was reffered to me for the following ADR proceeding:

\_\_\_\_  EARLY NEUTRAL EVALUATION     _X_  MEDIATION
\_\_\_\_  MINI-TRIAL                                \_\_\_\_  SUMMARY JURY TRIAL
\_\_\_\_  SETTLEMENT CONFERENCE

The parties currently have this case scheduled before a private mediator.

The case was:

( )    Settled.  Your clerk should enter a \_\_ day order of dismissal.
( )    There was progress.  A further conference has been scheduled for _____.
        unless the case is reported settled prior to that date.
( )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
        productive.  This case should be restored to your trial list.


September 14, 2007                                /s/ Timothy S. Hillman
Date                                                TIMOTHY S. HILLMAN, M.J.