# United States District Court
# District of Massachusetts

MARK BOMBARD,
        Plaintiff,

    V.                        CIVIL ACTION NO. 2005-11389-RBC

RDA CONSTRUCTION CO., INC.,
        Defendant.

## ORDER
## APPROVING THIRD PARTY SETTLEMENT PURSUANT TO M. G. L. c. 152, SECTION 15

COLLINGS, U.S.M.J.

    The above-styled case was referred to me for trial and entry of judgment pursuant to 28 U.S.C. § 636(c); the matter is now before the Court for approval of a settlement which the above-designated parties have reached.[1]

    A conference at which the petition was heard was held this date. Counsel for the plaintiff and the plaintiff were present; counsel for the defendant was present.

---

[1] The plaintiff has claims in this case against two other defendants, Shuster Corporation and Southeast Development Co., LLP, who are not participants in this settlement.

The petition is signed by the plaintiff, plaintiff's counsel, defendant's counsel and counsel for the Workers' Compensation Insurer.

At the conference, the terms of the settlement were placed on the record. Counsel for both parties and Mr. Bombard represented that the terms as stated were accurate. The undersigned personally questioned Mr. Bombard in detail as to the terms of the settlement and his understanding of those terms.

I am familiar with the facts of this case. I find that Mr. Bombard fully understands the terms of the settlement and is of the view that the settlement should be approved. Considering all the facts and circumstances of this case as they have become known to me, I am of the view that the settlement is a fair and equitable one. I find that the rights and interests of all parties have been fully protected.

It is ORDERED that the plaintiff's Petition for Approval of Settlement of Plaintiff's Claims as against RDA Construction Co., Inc. be, and the same hereby is, ALLOWED.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

October 5, 2007.