## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11389

*******************************************************

| | |
|---|---|
| MARK BOMBARD | * |
| | * |
| v. | * |
| | * |
| SHUSTER CORPORATION, | * |
| RDA CONSTRUCTION CO., INC., and | * |
| SOUTHEAST DEVELOPMENT CO., LLC | * |

*******************************************************

### PETITION FOR APPROVAL OF SETTLEMENT

Now comes the plaintiff in the above referenced matter who respectfully moves

this Honorable Court pursuant to M.G.L. c. 152, §15 to approve his partial settlement in

this case with RDA Construction Co., Inc. ("RDA") in the amount of **$200,00.00.**[1]

This case arises from a maritime accident suffered by Mr. Bombard on or about

August 1, 2002 while employed by RDA. On that date he suffered a serious injury to

his right knee while seeking to access premises owned or in control of the remaining

defendants in this case. There are significant liability issues with respect to RDA and

comparative negligence which has prompted this settlement.

In connection with the settlement of this case the Plaintiff, Mark Bombard, the

defendant, RDA, and the workers compensation insurer, Liberty Mutual Insurance

Company ("Liberty Mutual") all stipulate that in connection with this litigation there

---

[1]    Plaintiff's claims against the other defendants have not settled.

10/5/07
N. Russo

has been no adjudication of the issue of whether Mark Bombard was a Jones act seaman

at the time of his accident.

The proposed settlement distribution is as follows:

| Total Settlement | | | $200,000.00 |
|---|---|---|---|
| Worker's Compensation Lien: Compromised to | $205,000 | $40,000.00[2] | |
| Legal Fees: | | $70,000.00 | |
| Case Expenses | | $10,000.00 | |
| Net to Plaintiff | | $80,000.00 | |
| **TOTAL** | | | $200,000.00 |

---

[2]    Liberty Mutual, the workers compensation insurer, has compromised its lien against the portion of the case that is settling so as to enable the case to settle. In connection with the balance of its lien Liberty Mutual will accept one-third (1/3) of the gross amount of any settlement or award against the remaining defendants up its remaining recoverable lien. Per <u>Hunter v. Midwest Coast Transport</u>, 400 Mass. 779 (1987) the worker's compensation insurer, Liberty Mutual Insurance Company, will pay 40% of any related future Chapter 152 benefits until the offset of $80,000 has been exhausted. (Any amount the Plaintiff nets from resolution with the remaining defendants will be added to this offset amount). Thereafter, the worker's compensation carrier will pay 100% of the Chapter 152 benefits if Plaintiff remains disabled.

Dated: October   , 2007

The Plaintiff,

Mark Bombard
37 Pinecrest Drive
Exeter, RI 02822

Plaintiff, Mark Bombard
By his Attorney
JOSEPH G. ABROMOVITZ, P.C.

Joseph G. Abromovitz
858 Washington Street, 3rd Floor
Dedham, MA 02026
PHONE: (781) 329-1080
B.B.O. Number: 011420

RDA Construction Company, Inc.
By Its Attorney
LOONEY & GROSSMAN

Workers Compensation Insurer
Liberty Mutual Insurance Company
By Its Attorney
Law Office of Black and Bynoe

Bertram Snyder
101 Arch Street
Boston, MA 02100
Phone: 617-951-2800
B.B.O. Number: 471320

Ernest Palazzolo
10 St. James Avenue, 9th Floor
Boston, MA 02116
Phone: 617-236-1900
B.B.O. Number: 637443

Dated: October  , 2007

The Plaintiff,

Plaintiff, Mark Bombard
By his Attorney
JOSEPH G. ABROMOVITZ, P.C.

_____

Mark Bombard
37 Pinecrest Drive
Exeter, RI 02822

_____

Joseph G. Abromovitz
858 Washington Street, 3rd Floor
Dedham, MA 02026
PHONE: (781) 329-1080
B.B.O. Number: 011420

RDA Construction Company, Inc.
By Its Attorney
LOONEY & GROSSMAN

Workers Compensation Insurer
Liberty Mutual Insurance Company
By Its Attorney
Law Office of Black and Bynoe

_____

Bertram Snyder
101 Arch Street
Boston, MA 02100
Phone: 617-951-2800
B.B.O. Number: 471320

Ernest Palazzolo
10 St. James Avenue, 9th Floor
Boston, MA 02116
Phone: 617-236-1900
B.B.O. Number: 637443