UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11389 REK

*******************************************************
| | |
|---|---|
| MARK BOMBARD | * |
| | * |
| v. | * |
| | * |
| SHUSTER CORPORATION, | * |
| RDA CONSTRUCTION CO., INC., and | * |
| SOUTHEAST DEVELOPMENT CO., LLC | * |

*******************************************************

STIPULATION OF DISMISSAL

Now come the non-settling parties in the above referenced matter, Mark Bombard, Southeast Development Co., LLC and Shuster Corporation and hereby stipulate as follows:

(1)    The parties have agreed to proceed to binding arbitration on October 31, 2007 before Charles Goddard, Esquire;

(2)    Attorney Goddard will decide all issues in the case between these parties;

(3)  The parties stipulate for purposes of the Arbitration, that maritime law controls insofar as Southeast Corporation is deemed to be a wharfinger and that pure comparative negligence rules will apply

(4)    That in connection with the arbitration the parties have agreed that should there be an award for the plaintiff by the arbitrator then the award shall be in an amount not to exceed $300,000 without set-off, i.e., any monies plaintiff has received from the settling defendant, RDA Construction Co., Inc.  In other words any award in favor of

the plaintiff shall be treated as "new money" over and above any monies received from any other source, to date, with the maximum recovery of $300,000.

(5) That in the event of a defense verdict or a net award that would result in a recovery to the plaintiff of less than $25,000 "new money" then the plaintiff shall receive $25,000;

(6) That in the event of a net award between $25,000 and $300,000 plaintiff shall receive that sum;

(7) That all claims of prejudgment interest that plaintiff may have in the case are waived;

(8) That in order to enable the parties to have subpoena power to compel attendance of witnesses at the arbitration hearing that the Stipulation of Dismissal shall not become effective until the close of business on November 10, 2007.

Dated: October 17, 2007

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| Mark Bombard | Shuster Corporation and. |
| By his attorney, | Southeast Development Co. LLC, |
| Joseph G. Abromovitz, P.C. | By their attorney, |
| | Melick, Porter & Shea, LLP |
| s/Joseph G. Abromovitz | s/Richard Shea |
| Joseph G. Abromovitz | Richard Shea |
| 858 Washington Street, 3rd Floor | 28 State Street |
| Dedham, MA 02026 | Boston, MA 02108-1775 |
| Phone: (781) 329-1080 | Phone: (617) 523-6200 |