UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK BOMBARD,<br>      Plaintiff<br>v.<br><br>SHUSTER CORPORATION,<br>SOUTHEAST DEVELOPMENT CO.<br>AND RDA CONSTRUCTION CO., INC.,<br>      Defendants | C.A. NO. 05-11389-RBC |

## AGREEMENT FOR JUDGMENT AND JUDGMENT SATISFIED

Now comes the Plaintiff and RDA Construction Co., Inc. and stipulate that the following entry may be made on the docket:

Judgment for Plaintiff for $10.00 without interest and without costs, judgment satisfied, as to Defendant RDA Construction Co., Inc. only, all notice requirements and rights to appeal waived.

PLAINTIFF

By his attorney,

_____
Joseph G. Abromovitz, Esq.,
BBO #011420
858 Washington Street, 3rd Floor
Dedham, MA 02027
(781) 329-1080

DEFENDANT

By its attorney,

_____
Bertram E. Snyder, BBO #471320
Patrick O. McAleer, BBO #642627
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 235-8643

Dated: October __, 2007